**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus MADRID–CUEN, Defendant–
Appellant.**

No. 07–10443.

United States Court of Appeals,
Ninth Circuit.

Feb. 24, 2009.

Robert L. Ellman, Esquire, Peter Stuart Levitt, Esquire, Office of the U.S. Attorney, Las Vegas, NV, Elizabeth A. Olson, Esquire, U.S. Attorney, Ronald C. Rachow, Esquire, Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Esquire, Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

**950**

Before: TROTT, THOMAS, and GRABER, Circuit Judges.

## ORDER

The Memorandum disposition filed on January 12, 2009, is withdrawn, and this case is deferred pending issuance of the mandate in *United States v. Aguila–Montes De Oca,* No. 05–50170, or until further order of the court.